**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01498-CR

**RONNIE ALEXANDER LEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-62661-P**

## ORDER

The Court **REINSTATES** the appeal.

On May 10, 2013, we ordered the trial court to make findings of fact regarding why the reporter's record had not been filed. On June 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the May 10, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/ DAVID EVANS
   JUSTICE